JUDGE BATTS

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3rd Street
Mineola, New York 11501
(516) 877-2225
Our Ref. : 13-P-002-JK, et al.

**13 CV 7644**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

HARTFORD FIRE INSURANCE COMPANY,

                  Plaintiff,

   - against -

MEDITERRANEAN SHIPPING COMPANY S.A., COSMIC LOGISTICS, INC., HECNY SHIPPING, LIMITED, INTERGLOBO NORTH AMERICA, INC., CNS EXPRESS INC., LIMITED, ALBATRANS, INC., and PHOENIX INTERNATIONAL FREIGHT SERVICES, LTD.,

                  Defendants.

13 Civ.      (      )

<u>COMPLAINT</u>



------------------------------------------------------------------x

      Plaintiff, HARTFORD FIRE INSURANCE COMPANY, by their attorneys, Badiak, & Will, LLP, as and for their Complaint herein against the Defendants, alleges upon information and belief as follows:

      1. All and singular the following premises are true and constitute an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

      2. Plaintiff, Hartford Fire Insurance Company (hereinafter referred to as "Hartford"), is and was at all times hereinafter mentioned a corporation organized and existing

under and by virtue of the laws of one of the states of the United States and provided all-risk cargo insurance for the subject shipments hereinafter described, and maintained an office and place of business at P.O. Box 3122, Naperville, Illinois 60566-7122 and 2 Park Avenue, New York, New York.

3.  Plaintiff Hartford has paid the consignor, consignee and/or owner of the shipments mentioned hereinafter pursuant to a marine cargo insurance policy and brings this action on its own behalf and as agent and trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action. The shippers and consignees hereinafter mentioned have performed all conditions required on their part to be performed with respect to the subject shipment.

4.  Defendant, MEDITERRANEAN SHIPPING COMPANY S.A., (hereinafter "MSC"), is and was a corporation organized and existing under and by virtue of the laws of a foreign state with an office and place of business c/o Mediterranean Shipping Company USA, Inc., 420 Fifth Avenue, New York, New York 10018, and is and was at all times hereinafter mentioned, a common carrier by water for hire and owned, chartered, managed and/or otherwise controlled or contracted to use the vessels used to carry the subject shipments hereinafter described as an ocean common carrier engaged in the common carriage of merchandise by water for hire between, among others, the ports set forth in Schedule A, attached hereto.

5.  Defendant, COSMIC LOGISTICS, INC., is and was a corporation organized and existing under and by virtue of the laws of a foreign state with an office and place of business

at 181 South Franklin Avenue, Valley Stream, New York 11581, and is and was at all times hereinafter mentioned, a common carrier by water for hire and owned, chartered, managed and/or otherwise controlled or contracted to use the vessels used to carry the subject shipments hereinafter described as an ocean common carrier engaged in the common carriage of merchandise by water for hire between, among others, the ports set forth in Schedule A, attached hereto.

6. Defendant, HECNY SHIPPING, LIMITED, is and was a corporation organized and existing under and by virtue of the laws of a foreign state with an office and place of business at 147-39 175TH Street, Suite 211, Jamaica, New York 11434, and is and was at all times hereinafter mentioned, a common carrier by water for hire and owned, chartered, managed and/or otherwise controlled or contracted to use the vessels used to carry the subject shipments hereinafter described as an ocean common carrier engaged in the common carriage of merchandise by water for hire between, among others, the ports set forth in Schedule A, attached hereto.

7. Defendant, INTERGLOBO NORTH AMERICA, INC., is and was a corporation organized and existing under and by virtue of the laws of a foreign state with an office and place of business at 2 Colony Road, Jersey City, New Jersey 07305, and is and was at all times hereinafter mentioned, a common carrier by water for hire and owned, chartered, managed and/or otherwise controlled or contracted to use the vessels used to carry the subject shipments hereinafter described as an ocean common carrier engaged in the common carriage of merchandise by water for hire between, among others, the ports set forth in Schedule A, attached hereto.

8. Defendant, CNS EXPRESS INC., LIMITED, is and was a corporation organized and existing under and by virtue of the laws of a foreign state with an office and place

of business c/o JIF Logistics, Inc., 152-31 134th Street, Jamaica, New York 11434, and is and was at all times hereinafter mentioned, a common carrier by water for hire and owned, chartered, managed and/or otherwise controlled or contracted to use the vessels used to carry the subject shipments hereinafter described as an ocean common carrier engaged in the common carriage of merchandise by water for hire between, among others, the ports set forth in Schedule A, attached hereto.

9.  Defendant, ALBATRANS, INC., is and was a corporation organized and existing under and by virtue of the laws of a foreign state with an office and place of business c/o Albatrans New York, 149-10 183rd Street, Jamaica, New York 11413, and is and was at all times hereinafter mentioned, a common carrier by water for hire and owned, chartered, managed and/or otherwise controlled or contracted to use the vessels used to carry the subject shipments hereinafter described as an ocean common carrier engaged in the common carriage of merchandise by water for hire between, among others, the ports set forth in Schedule A, attached hereto.

10.  Defendant, PHOENIX INTERNATIONAL FREIGHT SERVICES, LTD., is and was a corporation organized and existing under and by virtue of the laws of a foreign state with an office and place of business at 65 East Jackson Drive, Cranford, New Jersey 07016, and is and was at all times hereinafter mentioned, a common carrier by water for hire and owned, chartered, managed and/or otherwise controlled or contracted to use the vessels used to carry the subject shipments hereinafter described as an ocean common carrier engaged in the common carriage of merchandise by water for hire between, among others, the ports set forth in Schedule A, attached hereto.

11. On or about the dates and at the ports of shipment stated in Schedule A, there were delivered to the vessels and Defendants in good order and condition the shipments described in Schedule A, which the said vessel and Defendants received, accepted and agreed to transport for certain consideration to the port of destination stated in Schedule A.

12. Since then, the cargo has not been delivered in the same good order and condition in which it was received and Plaintiff was required to make payments under the aforementioned policies of cargo insurance to Plaintiff's assureds on each of the aforementioned insured shipments.

13. Defendants, by reason of the premises, breached their duties to the Plaintiff's assureds as common carriers by water for hire and were otherwise at fault.

14. Plaintiff and it's assureds were the shippers, consignees, owners or insurers or otherwise had a proprietary interest of and in the cargoes as described in Schedule A, and bring this action on their own behalf and, as agents and trustees, on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and the Plaintiff is entitled to maintain this action.

15. Plaintiff and its assureds have duly performed all duties and obligations on their part to be performed.

16. By reason of the premises, Plaintiff has sustained damages as nearly as same can now be estimated, no part of which has been paid, although duly demanded in the total amount of $509,427.80.

WHEREFORE, plaintiff prays:

1. That process in due form of law may issue against Defendants citing them to appear and answer all and singular the matters aforesaid;

2. That if Defendants cannot be found within this District then all of their property within this District be attached in the sum of $509,427.80, with interest thereon and costs, the sum sued for in this Complaint;

3. That judgment may be entered in favor of Plaintiff Hartford Fire Insurance Company and against defendants Mediterranean Shipping Company, S.A., Cosmic Logistics, Inc., Hecny Shipping, Ltd., Interglobo North America, Inc., CNS Enterprises, Inc., Ltd., Albatrans, Inc., and Phoenix International Freight Services, Inc., jointly and severally, for the amount of plaintiff's damages, as set forth in the attached Schedule A, amounting in all to a total of $509,427.80, together with interest and costs and the disbursements of this action; and

4. That this Court will grant to plaintiff such other and further relief as may be just and proper.

Dated:   New York, New York
         October 28, 2013

                                BADIAK & WILL, LLP
                                Attorneys for Plaintiff,
                                Hartford Fire Insurance Co.

                                By: _____
                                    JAMES P. KRAUZLIS (JK-4972)

## SCHEDULE A

| | |
|---|---|
| OUR REF: | 13-P-002-JK |
| BILL OF LADING: | MSCU18211691 |
| B/L ISSUED BY: | Mediterranean Shipping Company, S.A. |
| DATED: | September 21, 2012 |
| BILL OF LADING: | C1209001E |
| B/L ISSUED BY: | Cosmic Logistics, Inc. |
| DATED: | September 21, 2012 |
| CONTAINER NO(S): | TEXU 723336-4 and UESU 428142-9 |
| DESCRIPTION: | 1,693 cartons ladies shoes |
| PORT OF SHIPMENT: | Shenzhen, China |
| PORT OF DELIVERY: | New York |
| SHIPPER: | Shenzhen Class Imp. & Exp. Co. Ltd. |
| CONSIGNEE: | Jeffrey D. Imports, Inc. |
| AMOUNT OF DAMAGE: | **$63,986.48** |

| | |
|---|---|
| OUR REF: | 13-P-003-JK |
| BILL OF LADING: | MSCUCD814814 |
| B/L ISSUED BY: | Mediterranean Shipping Company, S.A. |
| DATED: | Oct 4, 2012 |
| CONTAINER NO: | MEDU1529481 |
| DESCRIPTION: | 1,008 cartons of olives in brime |
| PORT OF SHIPMENT: | Malaga, Spain |
| PORT OF DELIVERY: | New York |
| SHIPPER: | TS Bortesi SL on behalf of Oleicura |
| CONSIGNEE: | L.F.I Incorporatedl |
| AMOUNT OF DAMAGE: | **$21,903.28** |

| | |
|---|---|
| OUR REF: | 13-P-003-JK |
| BILL OF LADING: | MSCUCD814814 |
| B/L ISSUED BY: | Mediterranean Shipping Company, S.A. |
| DATED: | Oct 4, 2012 |
| CONTAINER NO: | MEDU2193806 |
| | MSCU6562969 |
| DESCRIPTION: | 2,016 cartons of olives in brime |
| PORT OF SHIPMENT: | Malaga, Spain |
| PORT OF DELIVERY: | New York |
| SHIPPER: | TS Bortesi SL on behalf of Oleicura |
| CONSIGNEE: | L.F.I Incorporatedl |
| AMOUNT OF DAMAGE: | **$43,998.81** |

| | |
|---|---|
| OUR REF: | 13-P-003-JK |
| BILL OF LADING: | MSCUCD811000 |
| B/L ISSUED BY: | Mediterranean Shipping Company, S.A. |
| DATED: | Oct 4, 2012 |
| CONTAINER NO: | MSCU6562969 |
| DESCRIPTION: | 1,008 cartons of olives in brime |
| PORT OF SHIPMENT: | Malaga, Spain |
| PORT OF DELIVERY: | New York |
| CONSIGNEE: | L.F.I Incorporatedl |
| AMOUNT OF DAMAGES: | **$21,903.28** |

| | |
|---|---|
| OUR REF: | 12-P-005-JK |
| BILL OF LADING: | MSCUE6274830, MSCUE6274848 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| BILL OF LADING: | FSHA12090072, FSHA12090073 |
| ISSUED BY: | HECNY SHIPPING LIMITED |
| DATED: | Sept. 21, 2012 |
| CONTAINER NO: | MEDU8798862, TEXU5419962 |
| DESCRIPTION: | 1,098 CARTONS WHEELCHAIRS |
| PORT OF SHIPMENT: | SHANGHAI, CHINA |
| PORT OF DELIVERY: | NEW YORK |
| SHIPPER: | DANYANG JUMAO HEALTHCARE EQUIPMENT CO., LTD. |
| CONSIGNEE: | DRIVE MEDICAL DESIGN & MANUFACTURING |
| AMOUNT OF DAMAGES: | **$19,850.71** |

| | |
|---|---|
| OUR REF: | 13-P-006-JK |
| BILL OF LADING: | MSCUL2399677 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| DATED: | Oct. 11, 2012 |
| CONTAINER NO: | MEDU4224953 |
| DESCRIPTION: | 1,320 PACKAGES OF LEMON JUICE |
| PORT OF SHIPMENT: | GIOIA TAURO, ITALY |
| PORT OF DELIVERY: | NEW YORK |
| SHIPPER: | GENERAL NOLI, S.P.A. |
| CONSIGNEE: | DREAM FOOD INTERNATIONAL, LLC |
| AMOUNT OF DAMAGES: | $39,926.96 |

| | |
|---|---|
| OUR REF: | 13-P-007-JK |
| BILL OF LADING: | MSCURC764215 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| BILL OF LADING: | 3194082P7488 |
| ISSUED BY: | INTERGLOBO |
| DATED: | Sept. 25, 2012 |
| CONTAINER NO: | TTNU4713570, MSCU9584832 |
| DESCRIPTION: | PACKAGES OF TOYS |
| PORT OF SHIPMENT: | YANTIAN, CHINA |
| PORT OF DELIVERY: | NEW YORK |
| SHIPPER: | GREAT PERFORMANCE LIMITED |
| CONSIGNEE: | REEVES INTERNATIONAL, INC. |
| AMOUNT OF DAMAGES: | $24,610.00 |

| | |
|---|---|
| OUR REF: | 13-P-025-JK |
| BILL OF LADING: | MSCUAR306760 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| DATED: | Nov. 12, 2012 |
| CONTAINER NO: | MEDU2217770 |
| DESCRIPTION: | 489 CARTONS BALLOONS AND ACCESSORIES |
| PORT OF SHIPMENT: | NEW YORK |
| PORT OF DELIVERY: | AL-AQABAH, JORDAN |
| SHIPPER: | CONTINENTAL AMERICAN CORPORATION D/B/A PIONEER BALLOON COMPANY |
| CONSIGNEE: | IDEAS GIFT AND TOY TRADING CO., INC. |
| AMOUNT OF DAMAGES: | $27,203.66 |

| | |
|---|---|
| OUR REF: | 12-P-030-JK |
| BILL OF LADING: | MSCUGP571966 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| DATED: | Oct. 13, 2012 |
| CONTAINER NO: | CLHU4337650 |
| DESCRIPTION: | 22 PACKAGES OF ORGANIC DURUM WHEAT |
| PORT OF SHIPMENT: | LA SPEZIA, ITALY |
| PORT OF DELIVERY: | NEW YORK |
| SHIPPER: | FRATELLI DAMIANO & C. SRL. |
| CONSIGNEE: | INTERNATIONAL HARVEST, INC. |
| AMOUNT OF DAMAGES: | $36,400.20 |

| | |
|---|---|
| OUR REF: | 13-P-031-JK |
| BILL OF LADING: | MSCUI8199953 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| BILL OF LADING: | JSOE011249 |
| B/L ISSUED BY: | CNS EXXPRESS |
| DATED: | Sept. 18, 2012 |
| CONTAINER NO.: | MEDU4107-26, MEDU8851026 |
| DESCRIPTION: | 760 CARTONS OF PILLOWS |
| PORT OF SHIPMENT: | NINGBO, CHINA |
| PORT OF DISCHARGE: | NEW YORK |
| SHIPPER: | NINGBO PLATFORM, INC. |
| CONSIGNEE: | SPA PRODUCTS IMPORT & DISTRIBUTION CO., INC. |
| AMOUNT OF DAMAGES: | $4,021.51 |

| | |
|---|---|
| OUR REF: | 13-P-040-JK |
| BILL OF LADING: | MSCUL2401002, MSCUL2408221, MSCUL2406308 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| BILL OF LADING: | ABT295002865, ABT2950052858, ABT295002861 |
| B/L ISSUED BY: | ALBATRANS, INC. |
| DATED: | Oct. 8, 2012 |
| CONTAINER NO.: | MEDU808428-0, MSCU643969-8, TRLU658446-5 |
| DESCRIPTION: | 3,740 CARTONS LIMONCELLO LIQUORS |
| PORT OF SHIPMENT: | CIVITAVECCHIA, ITALY |
| PORT OF DISCHARGE: | NEW YORK |
| SHIPPER: | PALLINI INTERNAZIONALE, SRL. |
| CONSIGNEE: | CASTLE BRANDS, INC. |
| AMOUNT OF DAMAGES: | $140,684.70 |

| | |
|---|---|
| OUR REF: | 13-P-041-JK |
| BILL OF LADING: | MSCUL2409047 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| DATED: | Oct. 12, 2012 |
| CONTAINER NO.: | MSCU354159-8 |
| DESCRIPTION: | 694 CASES OF WINE |
| PORT OF SHIPMENT: | LEGHORN, ITALY |
| PORT OF DISCHARGE: | NEW YORK |
| SHIPPER: | GIORGIO GORI WAREHOUSE |
| CONSIGNEE: | BRESCOME BARTON, INC., R.I. DISTRIBUTORS, INC. |
| AMOUNT OF DAMAGES: | $19,435.47 |

| | |
|---|---|
| OUR REF: | 13-P-044-JK |
| BILL OF LADING: | MSCURC789790 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| BILL OF LADING: | SZX12091485 |
| B/L ISSUED BY: | PHOENIX INTERNATIONAL FREIGHT SERV. INC. |
| DATED: | Sept. 25, 2012 |
| CONTAINER NO.: | TRIU9503457, GLDU0876571, TGHU7920498, MSCU8595766 |
| DESCRIPTION: | 12,475 CARTONS TOYS |
| PORT OF SHIPMENT: | YANTIAN, CHINA |
| PORT OF DISCHARGE: | NEW YORK |
| SHIPPER: | FAIRLANDTOY INTERNATIONAL, LTD. |
| CONSIGNEE: | LEROSE INDUSTRIES, CIN. D/B/A CRA-Z-ART CORP. |
| AMOUNT OF DAMAGES: | $28,536.80 |

| | |
|---|---|
| OUR REF: | 13-P-054-JK |
| BILL OF LADING: | MSCUBD748592 |
| B/L ISSUED BY: | MEDITERRANEAN SHIPPING COMPANY |
| DATED: | Sept. 18, 2012 |
| CONTAINER NO.: | CAIU3190396 |
| DESCRIPTION: | 850 CASES OF WINE |
| PORT OF SHIPMENT: | BUENOS AIRES, ARGENTINA |
| PORT OF DISCHARGE: | NEW YORK |
| SHIPPER: | GIORGIO GORI as agent for ALIDA S.A. |
| CONSIGNEE: | METRO WINE DISTRIBUTION CO., INC. |
| AMOUNT OF DAMAGES: | **$16,965.94** |