LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
Attorneys for Defendant
MSC MEDITERRANEAN SHIPPING COMPANY, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>                       Plaintiff,<br>    -against-<br><br>MEDITERRANEAN SHIPPING COMPANY S.A., COSMIC LOGISTICS INC, HECNY SHIPPING, LIMITED, INTERGLOBO NORTH AMERICA, INC., CNS EXPRESS INC., LIMITED, ALBATRANS, INC.,  and PHOENIX INTERNATIONAL FREIGHT SERVICES, LTD.,<br><br>                       Defendants. | **ECF CASE**<br><br>13 Civ. 7644 (RA)<br><br>**ANSWER TO**<br>**CROSSCLAIM** |

Defendant MSC MEDITERRANEAN SHIPPING COMPANY, S.A., sued incorrectly as MEDITERRANEAN SHIPPING COMPANY S.A.,  ("MSC") by its attorneys, Lyons & Flood, LLP, answering Defendant's COSMIC LOGISTICS INC. ( "COSMIC") Crossclaim, alleges upon information and belief as follows:

1.     MSC incorporates by reference each and every response made in its Answer to each and every allegation made in Plaintiff's Complaint, including the MSC's Affirmative Defenses.

2.     MSC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Crossclaim.

3.     MSC denies the allegations contained in Paragraph 27of the Crossclaim.

4.     MSC denis COSMIC's prayer for relief.

**WHEREFORE**, the MSC Defendants pray:

    a.    that judgment be entered in favor of MSC and against COSMIC, dismissing the COSMIC Crossclaim herein together with costs and disbursements of this action; and

    b.    that judgment be entered in favor of MSC for such other and further relief as the Court deems just and proper.

Dated: December 27, 2013
       New York, New York

                              LYONS & FLOOD, LLP
                              Attorneys for Defendant
                              MSC MEDITERRANEAN SHIPPING
                              COMPANY S.A.

                   By: _____
                              Edward P. Flood
                              George N. Proios
                              Lyons & Flood, LLP
                              65 West 36th Street, 7th Floor
                              New York, New York 10018
                              (212) 594-2400

TO:    CICHANOWICZ, CALLAN, KEANE,
         VENGROW & TEXTOR, LLP
         Attorneys for Defendant Cosmic Logistics, Inc.
         61 Broadway, Suite 3000
         New York, New York 10006

         Attn:   Stephen H. Vengrow, Esq.

         BADIAK & WILL, LLP
         Attorneys for Plaintiff
         106 3rd Street
         Mineola, New York 11501

         Attn:   James P. Krauzlis, Esq.

.

**CERTIFICATE OF SERVICE**

      Erika Tax, an employee of Lyons & Flood, affirms on this 27th day of December 2013, that she electronically filed the foregoing with the Clerk of the Court for the Southern District of New York by using the CM/ECF system, and that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                  _____
                                                                             Erika Tax

U:\FLOODDOC\2549219\Legal\Answer to Crossclaim .doc